STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant BANET

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0715 WHA (JCS) |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] MODIFICATION OF CONDITIONS OF |
| v. | ) ) | RELEASE |
| HAUSMANN-ALAIN BANET, | ) ) | |
| Defendant. | ) ) | |

*U.S. v. Banet*, Case No. 12-0715 WHA (JCS);
Stip & [Proposed] Modif. of Cond. of Release

On October 30, 2012, this Court ordered defendant Hausmann-Alain Banet released on certain conditions. Upon his release from federal custody, he was immediately transferred to immigration custody. He was released from immigration custody on December 3, 2012, promptly reported to the halfway house as required by the conditions of his release, and appeared before the district court on December 4, 2012. As part of his clearance to remain at the halfway house, Mr. Banet was seen by a physician who noted certain medical conditions that Mr. Banet needed to address promptly. In order to have these medical needs addressed, Mr. Banet must go to a clinic, which requires an extensive amount of time. As the current conditions allow Mr. Banet to leave the halfway house for only three hours maximum, the current conditions do not provide Mr. Banet with sufficient time to address his medical needs. Accordingly, after consulting with Pretrial Services, and with the agreement of Pretrial Services, the parties propose that Mr. Banet's conditions of release be modified to provide as follows:

> U.S. Pretrial Services may allow the defendant out of the halfway house for more than three hours so that he can address significant medical needs. The defendant will provide documentation and/or other verification to U.S. Pretrial Services to confirm his appointments with medical staff and also provide documentation verifying his reported ailments as directed. All requests to leave the halfway house to attend to medical needs will be submitted to U.S. Pretrial Services at least three business days in advance unless the request is for a medical emergency.

IT IS SO STIPULATED.

___12/7/12_____          _____/s/_____
DATED                              DENISE MARIE BARTON
                                   Assistant United States Attorney

___12/7/12_____          _____/s/_____
DATED                              JODI LINKER
                                   Assistant Federal Public Defender

IT IS SO ORDERED.

12/7/12
DATED                              JOSEPH C. SPERO
                                   United States Magistrate Judge

*U.S. v. Banet*, Case No. 12-0715 WHA (JCS);
Stip & [Proposed] Modif. of Cond. of Release          1