DORON WEINBERG (SBN 46131)
LAW OFFICE OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorney for Defendant
HAUSMANN-ALAIN BANET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR-12-00715 WHA** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING;** |
| vs. ) | ~~(PROPOSED)~~ **ORDER** |
| ) | |
| HAUSMANN-ALAIN BANET ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties, Denise M. Barton, Assistant United States Attorney for Plaintiff United States of America, and Doron Weinberg, attorney for defendant Hausmann-Alain Banet that the status hearing presently scheduled for March 12, 2013 at 2:00 p.m. by continued to March 19, 2013, at 2:00 p.m.

IT IS FURTHER STIPULATED by the parties that the time between March 12, and March 19, 2013 may be excluded pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) to allow time necessary for effective preparation by counsel.

                                                  Respectfully submitted,

                                                  LAW OFFICES OF DORON WEINBERG

Dated: March 11, 2013                  /s/ Doron Weinberg
                                                  DORON WEINBERG
                                                  Attorney for Defendant
                                                  HAUSMANN-ALAIN BANET

|   |   |   |
|---|---|---|
| | | MELINDA HAAG,<br>United States Attorney<br>Northern District of California |
| Dated: March 11, 2013 | By: | /s/ Denise M. Barton<br>DENISE M. BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

**IT IS SO ORDERED:**

Dated: March 11, 2013.

_____
HONORABLE WILLIAM H. ALSUP
Judge, U.S. District Court
Northern District of California